IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                    CASE NO. 4:19-CR-00251-BSM-02

DANNY JOE FIELDS                                                     DEFENDANT

## ORDER

Danny Joe Fields's motion to reduce sentence [Doc. No. 139] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G 1.10 (a)(2). Fields' status as a career offender keeps his criminal history category at level VI. His argument for the application of the "zero points" reduction is meritless, since he has twelve points, not zero. Additionally, Fields's plea agreement provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 119. Because Mr. Fields knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 21st day of November, 2023.

                                                           UNITED STATES DISTRICT JUDGE